UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE
CASE NO. 7:25-CR-00013-DLB

UNITED STATES OF AMERICA,            PLAINTIFF,

VS.

RONALD FERGUSON,            DEFENDANT.

## MOTION TO CONTINUE

Comes now the Hon. Richard A. Hughes, counsel for the Defendant Ronald Ferguson, and respectfully moves the court to continue the hearing presently set for June 12, 2025 at the hour of 2:30 pm as well as the pretrial of June 16, 2025. Counsel has been advised his stepdaughter who is presently in the hospital in Lexington and has been so for the past many weeks, has now been advised this morning, June 12, 2025 that his stepdaughter is not expected to survive and that hospice is being called in, and the doctors have requested her parents and daughter be present.

Wherefore, counsel would respectfully request the court continue the hearing of June 12, 2025 and the pretrial of June 16, 2025.

RESPECTFULLY SUBMITTED,

s/Richard A. Hughes
HON. RICHARD A. HUGHES
ATTORNEY AT LAW
P. O. BOX 1139

ASHLAND, KY. 41105
(606) 325-3399

## NOTICE

All parties please take notice the foregoing motion shall be brought before this honorable court at it's earliest convenience.

## CERTIFICATION

The above styled motion was mailed, postage prepaid, or hand delivered to the following:

Hon. Pearce Nesbitt
601 Meyers Baker Rd.
Ste. 200
London, Ky. 40741

This the 12th day of June, 2025.

s/Richard A. Hughes
HON. RICHARD A. HUGHES