UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE
CASE NO. 7:25-CR-00013-DLB

UNITED STATES OF AMERICA,     PLAINTIFF,

VS.

RONALD FERGUSON,     DEFENDANT.

## MOTION FOR REARRAIGNMENT

Comes now the Hon. Richard A. Hughes, counsel for the Defendant Ronald Ferguson, and respectfully moves the court to set the above styled matter for rearraignment at the court's earliest availability.

RESPECTFULLY SUBMITTED,

/s/Richard A. Hughes
HON. RICHARD A. HUGHES
ATTORNEY AT LAW
P. O. BOX 1139
ASHLAND, KY. 41105
(606) 325-3399

## NOTICE

All parties please take notice the foregoing motion shall be brought before this honorable court at it's earliest convenience.

## CERTIFICATION

The above styled motion was mailed, postage prepaid, or hand delivered to the following:

Hon. W. Pearce Nesbitt
260 W. Vine St.

Ste. 300
Lexington, KY. 40507

This the 5th day of December, 2025.

/s/Richard A. Hughes
HON. RICHARD A. HUGHES